JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WALSH, <br><br> Plaintiff, <br><br> v. <br><br> INNOBA HOLDINGS LLC, et al., <br><br> Defendants. <br><br> INNOBA HOLDINGS LLC, et al., <br><br> Cross-Complainants, <br><br> v. <br><br> DAVID WALSH, et al., <br><br> Cross-Defendants. | Case No. CV 24-7646-MWF(RAOx) <br><br> ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND RETENTION OF COURT JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT |

The Court has read and considered the parties' Stipulation for Voluntary Dismissal of Action with Prejudice and Retention of Court Jurisdiction to Enforce Settlement Agreement, filed November 25, 2025. (Docket No. 31). For good cause shown, the Stipulation is GRANTED and the Court ORDERS as follows:

1. The above action is DISMISSED with prejudice as to all Defendants and Cross-Defendants and in its entirety.
2. Each party shall bear his/its own attorneys' fees and costs.

-1-

3. In accordance with section 664.6 of the California Code of Civil Procedure and applicable federal law, the Court shall retain jurisdiction over the parties to this action to enforce the terms and conditions of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: November 26, 2025

                                            MICHAEL W. FITZGERALD
                                            United States District Judge